☉AO 245D (Rev. 3/01) Judgment in a Criminal Case for Revocations
Sheet 1

```
                                                            FILED
                                                          DEC 0 8 2011
                                                     CLERK, U.S. DISTRICT COURT
                                                  SOUTHERN DISTRICT OF CALIFORNIA
                                                  BY                      DEPUTY
```

## UNITED STATES DISTRICT COURT

<u>    SOUTHERN    </u> District of <u>    CALIFORNIA    </u>

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| V. | (For **Revocation** of Probation or Supervised Release) |
| DANIEL OMAR LOPEZ-BETANCOURT (1) | (For Offenses Committed On or After November 1, 1987) |

Case Number: 09CR2614 JM

Lauren Cusick, Federal Defenders, Inc.
Defendant's Attorney

**REGISTRATION No.** 14713298

THE DEFENDANT:
[x] admitted guilt to violation of allegation(s) No. 1.

[ ] was found in violation of allegation(s) No. _____ after denial of guilt.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following allegation(s):

| **Allegation Number** | **Nature of Violation** |
|---|---|
| 1 | Committed a federal, state or local offense (nv1) |

<u>  Supervised Release  </u> is revoked and the defendant is sentenced as provided in pages 2 through <u>  2  </u> of this judgment. This sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

December 2, 2011
Date of Imposition of Sentence

*[signature]*

HON. JEFFREY T. MILLER
UNITED STATES DISTRICT JUDGE

09CR2614 JM

AO 245B  (Rev. 9/00) Judgment in Criminal Case
        Sheet 2 — Imprisonment

Judgment — Page 2 of 2

DEFENDANT: DANIEL OMAR LOPEZ-BETANCOURT (1)
CASE NUMBER: 09CR2614 JM

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of

SIX (6) MONTHS: THREE (3) MONTHS CONSECUTIVE TO, AND
           THREE (3) MONTHS CONCURRENT WITH SENTENCE IMPOSED IN 11CR02675-BEN.

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
   ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
   as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   ☐ before _____
   ☐ as notified by the United States Marshal.
   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
at _____ , with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

09CR2614 JM